CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

MAR 05 2012

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| CHRISTOPHER EARL COTTRELL, | ) | |
| | ) | Civil Action No. 7:10-cv-00505 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **FINAL ORDER** |
| | ) | |
| JOHN JABE, *et al.*, | ) | By: Samuel G. Wilson |
| | ) | United States District Judge |
| Defendants. | ) | |

This is an action by plaintiff, Christopher E. Cottrell, pursuant to 42 U.S.C. § 1983 against various defendants, officials at Red Onion State Prison, raising claims arising out of numerous occurrences at that institution. The defendants filed a motion for summary judgment, and the court referred the matter to the United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) for a report and recommendation. The Magistrate Judge filed a report finding there are no material issues of fact and recommending that the court enter summary judgment for defendants. Cottrell filed a response he has entitled "Motion for Notice of Hearing," which the court construes to be essentially a general objection to the Magistrate Judge's report. The court has reviewed the Magistrate Judge's report and pertinent portions of the record, and concludes that the report is substantially correct and, consequently, adopts that report.

Accordingly it is **ORDERED** and **ADJUDGED** that defendants' motion for summary judgment is **GRANTED**, all other outstanding motions are **DENIED** as moot, and this case is stricken from the court's docket.

ENTER: March 5, 2012

UNITED STATES DISTRICT JUDGE